IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

JARVIS McKEE,

                Defendant.

ORDER

06-cr-138-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Defendant McKee has filed a request with the Bureau of Prisons for a retroactive (concurrent) designation pursuant to 18 U.S.C. § 3621(b). The Bureau of Prisons requests the court's position on Mr. McKee's request. Therefore, I will ask Federal Defender Services to appoint counsel to represent defendant McKee for the sole purpose of addressing this issue. The government and defense counsel may have until January 16, 2009, in which to file and serve a response brief. Each side may have five days thereafter to serve and file a reply.

     Entered this 6th day of January, 2009.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge