IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|  | ORDER |
| Plaintiff, | |
|  | 06-cr-138-bbc |
| v. | |
| JARVIS McKEE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on June 5, 2008, I granted defendant Jarvis McKee's motion for a reduction of the sentence imposed upon him on December 21, 2006. It has now come to my attention that there is an error in that order.

In paragraph 1 of the June 5, 2008 order, the word "amended" is deleted. In the last paragraph of the order at line 1, the word "amended" should be deleted as well. In all other respects, the order remains as entered on June 5, 2008.

Entered this 29th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge